USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PENN MUTUAL LIFE INS. CO., :

                Plaintiff, : **ORDER**

       - against - : 09 Civ. 1808 (DC)

EDMUND F. WOLK et al., :

                Defendants. :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       Following a status conference this morning, IT IS HEREBY ORDERED as follows:

       (1) Plaintiff may file a second amended complaint by October 6, 2009.

       (2) Defendants shall answer or otherwise move with respect to the second amended complaint by November 3, 2009.

       (3) If there is a motion by defendant(s), plaintiff shall oppose by December 1, 2009.

       (4) Reply papers, if any, shall be filed by December 11, 2009.

       (5) If a motion to dismiss is granted, absent exceptional circumstances, plaintiff will not be permitted to replead.

(6) If there is no such motion to dismiss, the parties shall submit a joint proposed discovery schedule via letter to the Court.

SO ORDERED.

Dated:   New York, New York
        September 29, 2009

_____
DENNY CHIN
United States District Judge